IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 5:22cr4 (2) |
| | § | |
| MICHAEL DARNELL PEACOCK | § | |

### FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of the guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.

On April 18, 2023, this cause came before the undersigned United States Magistrate Judge for guilty plea of the Defendant on Counts 1 and 2 of the Indictment. Count 1 of the Indictment charges a violation of 21 U.S.C. § 846, conspiring to distribute and to possess with intent to distribute a controlled substance. Count 2 of the Indictment charges a violation of 18 U.S.C. § 924(c)(1)(A), using or carrying a firearm during and in relation to and possessing a firearm in furtherance of a drug trafficking crime. After conducting said proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Court finds:

    a.    That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea in this cause by a United States Magistrate Judge subject to a final approval and imposition of sentence by the District Court.

    b.    That the Defendant and the Government have entered into a plea agreement, which has been disclosed in open court pursuant to Fed. R. Crim. P. 11(c)(2) and filed pursuant to Local Rule CR-49 (c)-(e). The recording of the hearing was sealed due to confidentiality concerns.

    c.    That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that

the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses.

        d.      Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the undersigned. Both parties waived the objection time period, however, the magistrate judge holds the objection period open for fourteen (14) days in the interest of justice.

        IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the Defendant, and that MICHAEL DARNELL PEACOCK should be finally adjudged guilty of the offenses listed above.

        SIGNED this the 18th day of April, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE